UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL P.I. BEAVERS,        Plaintiff,    v. DELGADO, et al.,        Defendant. | No. 2:22-cv-0577 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a former[1] county inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order dated July 20, 2022, plaintiff was ordered to submit a completed in forma pauperis request on the proper form within thirty days. (ECF No. 4.) Plaintiff was advised that failure to comply with the order would result in a recommendation that this action be dismissed. (Id.) Those thirty days have passed, and plaintiff has not submitted an in forma pauperis application, requested additional time to so, updated his address, or otherwise responded

---

[1] Records indicate that plaintiff may no longer be a Sacramento County inmate. The court may take judicial notice of information stored on the Sacramento County Sheriff's inmate locator website. See In re Yahoo Mail Litig., 7 F. Supp. 3d 1016, 1024 (N.D. Cal. 2014) (a court may take judicial notice of information on "publicly accessible websites" not subject to reasonable dispute); Louis McCormick Schmick Restaurant Corp., 460 F. Supp. 2d 1153, 1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records). Plaintiff is required to notify the court of any address change and service of documents at the record address of the party is fully effective. See E.D. Cal. Local Rules 182(f) and 183(b).

1

1  to the court's order.  Accordingly, the undersigned will recommend that this action be dismissed
2  for failure to prosecute and failure to comply with court orders.

3      For the reasons set forth above, IT IS HEREBY ORDERED that the Clerk of the Court
4  randomly assign a district judge to this action.

5      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See
6  Local Rule 110; Fed. R. Civ. P. 41(b).

7      These findings and recommendations are submitted to the United States District Judge
8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within twenty days
9  after being served with these findings and recommendations, plaintiff may file written objections
10 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
11 to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
12 objections within the specified time may waive the right to appeal the District Court's order.
13 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

14 Dated:  September 26, 2022

                                                               DEBORAH BARNES
                                                               UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/beav0577.fta.fr